IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00670-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

WILLIE DWAYNE CLARK, #131904,

     Plaintiff,

v.

COLORADO DEPT. OF CORRECTIONS,
RICK RAMISCH, Executive Director of CDOC,
ANGEL MEDINA, Assistant Prison Operations,
TRAVIS TRANI, Warden of CSP/CCF,
LOU ARCHULETA, Deputy Director of Prisons,
LARRY REID, Deputy Director of Prisons,
TINO HERRERA, Intelligence,
LARRY TURNER, Contract Monitor,
HAWAII DEPT. OF PUBLIC SAFETY,
TED SAKIA, Director of HDPS,
CORRECTIONS CORPORATION OF AMERICA,
TODD THOMAS, Warden of Saguaro Corr. Center,
BEN GRIEGO, Assistant Warden of SCC,
JODY BRADLEY, Assistant Warden of SCC,
NICK PASIELLA, Chief of Security SCC,
N. CARRIER, Chief of Unit Management of SCC,
M. GAWLIK, Stg. Lt. Of SCC,
T. GORMAN, Investigator of SCC,
J. GUILIN, Unit Manager of SCC,
MANUAL ROMERO, Sgt. Of SCC, and
JUAN FLORES, Correctional Counselor of SCC,

     Defendants.

_____

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

_____

     Plaintiff, a state prisoner, has submitted *pro se* several documents to the Court

regarding his prison classification and placement. As part of the Court's review pursuant

to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient

as described in this order.  Plaintiff will be directed to cure the following if he wishes to

pursue any claims in this action.  Any papers that Plaintiff files in response to this order

must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   xx   is not submitted
(2)   __   is missing affidavit
(3)   xx   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   xx   is missing authorization to calculate and disburse filing fee payments
(7)   __   is missing an original signature by the prisoner
(8)   __   is not on proper form (must use the court's current form)
(9)   __   names in caption do not match names in caption of complaint, petition or habeas application
(10)   __   other: _____.

**Complaint, Petition or Application**:
(11)   xx   is not submitted
(12)   __   is not on proper form
(13)   __   is missing an original signature by the prisoner
(14)   __   is missing page nos. ___
(15)   __   uses et al. instead of listing all parties in caption
(16)   __   names in caption do not match names in text
(17)   __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)   __   other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers that Plaintiff files in response to this

order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send to Plaintiff

the court-approved forms for filing a Prisoner Complaint and a Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with the applicable

instructions.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED March 5, 2014, at Denver, Colorado.

BY THE COURT:


 s/ Boyd N. Boland
United States Magistrate Judge