IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00670-LTB

WILLIE DWAYNE CLARK, #131904,

    Plaintiff,

v.

COLORADO DEPT. OF CORRECTIONS,
RICK RAMISCH, Executive Director of CDOC,
ANGEL MEDINA, Assistant Prison Operations,
TRAVIS TRANI, Warden of CSP/CCF,
LOU ARCHULETA, Deputy Director of Prisons,
LARRY REID, Deputy Director of Prisons,
TINO HERRERA, Intelligence,
LARRY TURNER, Contract Monitor,
HAWAII DEPT. OF PUBLIC SAFETY,
TED SAKIA, Director of HDPS,
CORRECTIONS CORPORATION OF AMERICA,
TODD THOMAS, Warden of Saguaro Corr. Center,
BEN GRIEGO, Assistant Warden of SCC,
JODY BRADLEY, Assistant Warden of SCC,
NICK PASIELLA, Chief of Security SCC,
N. CARRIER, Chief of Unit Management of SCC,
M. GAWLIK, Stg. Lt. Of SCC,
T. GORMAN, Investigator of SCC,
J. GUILIN, Unit Manager of SCC,
MANUAL ROMERO, Sgt. Of SCC, and
JUAN FLORES, Correctional Counselor of SCC,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 25, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 25th day of April, 2014.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk


By: s/K Lyons
    Deputy Clerk